**Charles E. McDOWELL, Petitioner–Appellant,**

v.

**Arthur CALDERON, Warden of the California State Prison at San Quentin, Respondent–Appellee.**

No. 96–99000.

United States Court of Appeals, Ninth Circuit.

July 18, 1997.

HUG, Chief Judge.

---

Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35–3.